UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN CALLAHAN,

    Plaintiff,                             Case No. 12-10774

v.                                      HON. AVERN COHN

HARTLAND CONSOLIDATED SCHOOLS,
LIVINGSTON COUNTY, and
JAMES STEINAWAY,

    Defendants.
_____/

## ORDER DENYING DEFENDANT HARTLAND CONSOLIDATED SCHOOLS' MOTION TO DISMISS (Doc. 12)

For the reasons stated on the record at a hearing held on July 18, 2012, Defendant Hartland Consolidated Schools' motion to dismiss is DENIED, subject to the following:

    1)    Count I relates solely to defendant James Steinaway.

    2)    Count II relates solely to defendant James Steinaway.

    3)    Count III is DISMISSED.

    4)    Count IV relates solely to defendant James Steinaway.

    5)    Count V is DISMISSED.

    6)    In substitution for Count VI as it now reads, plaintiff shall file, within 15 days, an amendment to the complaint stating in Count VI the allegations of wrongdoing attributable to

Hartland Consolidated Schools and in Count VII the allegations of wrongdoing attributable to Livingston County.

SO ORDERED.

Dated:  July 19, 2012

 S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 19, 2012, by electronic and/or ordinary mail.

 S/Julie Owens
Case Manager, (313) 234-5160